```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 13103
   LAWRENCE J WILLIAMS
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-8606

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 05/22/2008 and was confirmed 09/25/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 02/12/2009.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------------
CHASE MANHATTAN MORTGAGE  CURRENT MORTG       .00             .00             .00
CHASE MANHATTAN MORTGAGE  MORTGAGE ARRE       .00             .00             .00
CHASE AUTO FINANCE        UNSECURED      NOT FILED            .00             .00
AMERITECH CONSUMER        UNSECURED      NOT FILED            .00             .00
CONSCRDTSVCS              UNSECURED      NOT FILED            .00             .00
ROUNDUP FUNDING LLC       UNSECURED         259.83            .00             .00
ROUNDUP FUNDING LLC       UNSECURED        1160.53            .00             .00
CASH EXPRESS CO           UNSECURED      NOT FILED            .00             .00
MERCURY FINANCE           UNSECURED      NOT FILED            .00             .00
INGALLS MEMORIAL HOSPITA  UNSECURED      NOT FILED            .00             .00
NICOR GAS                 UNSECURED      NOT FILED            .00             .00
NICOR GAS                 UNSECURED      NOT FILED            .00             .00
PEOPLES GAS LIGHT & COKE  UNSECURED      NOT FILED            .00             .00
RMI/MCSI                  UNSECURED      NOT FILED            .00             .00
RMI/MCSI                  UNSECURED      NOT FILED            .00             .00
RMI/MCSI                  UNSECURED      NOT FILED            .00             .00
RMI/MCSI                  UNSECURED            .00            .00             .00
RMI/MCSI                  UNSECURED      NOT FILED            .00             .00
PIERCE & ASSOCIATES       MORTGAGE NOTI  NOT FILED            .00             .00
ERNESTO D BORGES JR       DEBTOR ATTY      3,074.00                       1,002.24
TOM VAUGHN                TRUSTEE                                            77.76
DEBTOR REFUND             REFUND                                               .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS         DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE              1,080.00

PRIORITY                                        .00
SECURED                                         .00
UNSECURED                                       .00

                PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 13103 LAWRENCE J WILLIAMS
```

```
ADMINISTRATIVE                                               1,002.24
TRUSTEE COMPENSATION                                            77.76
DEBTOR REFUND                                                     .00
                                    ---------------   ---------------
TOTALS                                     1,080.00          1,080.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 03/11/09                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE